# United States Court of Appeals for the Fifth Circuit

---

No. 25-11247
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

June 12, 2026

Lyle W. Cayce
Clerk

Luis Enrique Villegas-Lugo,

*Petitioner—Appellant*,

*versus*

Chad Humphrey, *Warden, Big Spring Federal Correctional Institution*,

*Respondent—Appellee*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:25-CV-180

---

Before Wiener, Willett, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Petitioner-Appellant Luis Enrique Villegas-Lugo, federal prisoner # 85015-308, appeals the district court's dismissal of his 28 U.S.C. § 2241 petition, which alleged that prison officials delayed his access to necessary medical treatment. Because "a favorable determination of [Villegas-Lugo's] claim[s] would not automatically entitle him to accelerated release," his

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-11247

claims are not cognizable under § 2241. *Melot v. Bergami*, 970 F.3d 596, 599 (5th Cir. 2020). The proper vehicle for his claims, which challenge the conditions of his confinement, is a civil rights action under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). *See Melot*, 970 F.3d at 599. Accordingly, the district court did not err by dismissing his § 2241 petition without prejudice for lack of jurisdiction. *See id.*; *Pack v. Yusuff*, 218 F.3d 448, 451 (5th Cir. 2000).

AFFIRMED.